**CHECK REQUEST**

Date: 9/28/10

Payable To: Dr. Alissa Gorelick
University of Illinois Hospital
1737 W. Polk
Address: Chicago, IL

Amount $ $41.60

Client: (name) Decola v. City of Chicago, etal    # (number) 8711
Matter:
(name)                                              # (number) 09020

Office: ☐

Purpose of Check   Trial Subpoena Witness Fee

3.2 miles x $.50 per mile + $40

Signature                                BPG/ctb

091

## PLEASE RETURN CHECK TO CHRISTINA B.

JOHNSON & BELL LTD.          ALISSA GORELICK                              117195

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|---|---|---|---|
| 09/28/2010 | WITNESS FEE | 8711-09020 BPG/CTB  01410-0000 | 41.60 |

CHECK 09/28/2010   CHECK NUMBER 000117195         FILE COPY                TOTAL  41.60

EXHIBIT A



**ESQUIRE**
Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ122981

| Invoice Date | Terms |
|---|---|
| 01/27/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

OK
JFN
2-9-10

FRANK NOWICKI, ESQ.
JOHNSON & BELL, LTD
SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60632

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/11/2010 | DECOLA, CHRIS vs. CITY OF CHICAGO | 110727 | 01/27/2010 | COURIER |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/11/2010, CHRISTOPHER DECOLA | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (163 Pages) | $ 4.17 | 163.00 | $ 679.71 |
| APPEARANCE FEE HOURLY (3 Units) | $ 49.00 | 3.00 | $ 147.00 |
| CONDENSED TRANSCRIPT | $ 39.12 | 1.00 | $ 39.12 |
| | | | $ 865.83 |

8711 - 9020

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
FILE# 8711-09020

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 865.83 |
| Paid: | $ 0.00 |
| Balance Due: | $ 865.83 |
| Payment Due: | 02/26/2010 |

Tax Number: 22-3779684

After 03/13/2010 Pay This Amount: $ 952.41

---

### Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ122981
Invoice Date: 01/27/2010
Balance: $ 865.83
Due Date: 02/26/2010
Late Date: 03/13/2010
Late Amount: $ 952.41

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ ☐☐☐☐
Credit Card Number                                                                Exp. Date

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071 0000122981 01272010 5 000086583 0 02262010 03132010 9 000095241 35


SetDepo
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**setdepo**
The Evolution of Deposition Management

Telephone (404) 524-1700
Toll Free (800) 451-3376
Fax (866) 590-3205

www.setdepo.com

*OK to pay BTG*

### Invoice # SD62070

| Invoice Date | Terms |
|---|---|
| 02/11/2010 | NET 30 |

BRIAN GAINER
JOHNSON & BELL, LTD. - CHICAGO
SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60603

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/02/2010 | DE COLA, CHRIS V. KEEL, KEVIN, ET AL | 43645 | 02/11/2010 | UPS |

| Description |
|---|

Services Provided on 02/02/2010, PORFIRIO SANTIAGO

*8711-09020*


RECEIVED
FEB 23 2010
JOHNSON & BELL
...TING DEPT.

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION OF DEPOSITION: CHICAGO, IL*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 335.75 |
| Paid: | $ 0.00 |
| Balance Due : | $ 335.75 |
| Payment Due: | 03/13/2010 |

After Due Date Pay This Amount: $ 377.72

Tax Number: 20-4254236

### Method of Payment

Company: SetDepo
Invoice Number: SD62070
Invoice Date: 02/11/2010
Balance: $ 335.75
Due Date: 03/13/2010
Late Date: 03/14/2010
Late Amount: $ 377.72

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Setdepo, LLC

Amount Authorized

Credit Card Number                                Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.setdepo.com/SD.pdf

Remit to: Setdepo, LLC   PO Box 934157,   Atlanta GA 31193-4157

003 0000062070 02112010 1 000033575 2 03132010 03142010 2 000037772 65

## CHECK REQUEST

Date: 2/23/10

Payable To: Alissa Gorelick R-DO

Address: Office of University Counsel
University of Illinois at Chicago
1737 West Polk
Chicago, IL 60612

Amount $ $150.00

Client: (name) Decola v. City of Chicago  # (number) 8711

Matter: (name)  # (number) 09020

Office: ☐

Purpose of Check   Court Transcript

Signature _____  BPG/tmr

**PLEASE RETURN CHECK TO TISH**

---

JOHNSON & BELL LTD.   ALISSA GORELICK R-DO   110575

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|---|---|---|---|
| 02/23/2010 | COURT TRANSCRIPT | 8711-09020 BPG/TISH 01410-0000 | 150.00 |

CHECK DATE 02/23/2010   CHECK NUMBER 000110575   FILE COPY   TOTAL 150.00



**ESQUIRE**
Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ134508

| Invoice Date | Terms |
|---|---|
| 03/10/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

BRIAN GAINER, ESQ.
JOHNSON & BELL, LTD
SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60632

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/26/2010 | DECOLA, CHRIS vs. KEEL, KEVIN | 120147 | 03/09/2010 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/26/2010, ALISSA GORELICK | | | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (93 Pages) | $ 3.90 | 93.00 | $ 362.70 |
| APPEARANCE FEE HOURLY (2 Units) | $ 48.00 | 2.00 | $ 96.00 |
| | | | $ 458.70 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 16.00 |
| | | | $ 46.00 |



RECEIVED
MAR 24 2010
JOHNSON & BELL
ACCOUNTING DEPT.

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*FILE# 711-09020*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 504.70 |
| Paid: | $ 0.00 |
| Balance Due : | $ 504.70 |
| Payment Due: | 04/09/2010 |

After 04/24/2010 Pay This Amount: $ 555.17

Tax Number: 22-3779684

363574



SetDepo
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Setdepo, LLC
PO Box 934157
Atlanta GA 31193-4157
www.setdepo.com

Toll Free (800) 451-3376
Fax (866) 590-3205

### Invoice # SD67523



OK

BRIAN GAINER
JOHNSON & BELL, LTD. - CHICAGO
SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60603

| Invoice Date | 10/26/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/25/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/10/2010 | DE COLA, CHRIS V. KEEL, KEVIN, ET AL | 47461 | 10/25/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 03/10/2010, NANCY SWEENEY (CHICAGO, IL) 8711-09020 | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 145.20 |
| | $ 145.20 |
| DELIVERY-SHIPPING/HANDLING | $ 34.99 |
| | $ 34.99 |

NOV - 5

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before Due Date** | **$ 180.19** |
| Amount Due After Due Date | $ 202.71 |

Tax Number: 20-4254236

---

Please detach and return this bottom portion with your payment





| | | |
|---|---|---|
| | Invoice #: | SD67523 |
| | Payment Due: | 11/25/2010 |
| **Amount Due On/Before Due Date** | | **$ 180.19** |
| Amount Due After Due Date | | $ 202.71 |
BRIAN GAINER
JOHNSON & BELL, LTD. - CHICAGO
SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60603

**Remit to:**

Setdepo, LLC
PO Box 934157
Atlanta GA 31193-4157
www.setdepo.com

Thank you for your business!

003  0000067523  10262010  6  000018019  8  11252010  11262010  4  000020271  70


363575


SetDepo
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**setdepo**℠
The Evolution of Deposition Management

**Remit to:**

Setdepo, LLC
PO Box 934157
Atlanta GA 31193-4157
www.setdepo.com

Toll Free (800) 451-3376
Fax (866) 590-3205


OK

BRIAN GAINER
JOHNSON & BELL, LTD. - CHICAGO
SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60603



### *Invoice # SD67531*

| Invoice Date | 10/26/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/25/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/04/2010 | DE COLA, CHRIS V. KEEL, KEVIN, ET AL | 47435 | 10/26/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 02/04/2010, KEVIN KEEL (CHICAGO, IL)  8711-0902D | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 218.00 |
| SUMMARY | $ 45.00 |
| | $ 263.00 |
| DELIVERY-SHIPPING/HANDLING | $ 34.99 |
| | $ 34.99 |

NOV - 5 2010

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before Due Date** | **$ 297.99** |
| Amount Due After Due Date | $ 335.24 |

Tax Number: 20-4254236

---

Please detach and return this bottom portion with your payment




VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | SD67531 |
| Payment Due: | 11/25/2010 |
| **Amount Due On/Before Due Date** | **$ 297.99** |
| Amount Due After Due Date | $ 335.24 |

BRIAN GAINER
JOHNSON & BELL, LTD. - CHICAGO
SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60603

**Remit to:**

Setdepo, LLC
PO Box 934157
Atlanta GA 31193-4157
www.setdepo.com

Thank you for your business!

003 0000067531 10262010 0 000029799 5 11252010 11262010 4 000033524 11



# RECORD COPY SERVICES
THIRTY NORTH LA SALLE  CHICAGO IL 60602-2592  312.726.6650
PARA LEGAL SERVICES

**INVOICE NUMBER**
M 84152

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

798-127090-JS

ORDERED BY: MS. AMELIA JORDAN
SOLD TO: **JOHNSON & BELL, LTD.**
33 W. MONROE ST.  S-2500
CHICAGO, IL 60603-5404

OK to Pay BPJ

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 11/20/09 | 09 CV 3799 | 8711-09020 | | 09109058 84152-798 |

| | CODE | AMOUNT |
|---|---|---|
| TYPE OF RECORD OR DOCUMENT : ADVOCATE ILLINOIS MASONIC MEDICAL CENTER | SDCL | 119.25 |
| NAME OF CASE : RE: CHRIS DE COLA  CHRIS DE COLA  VS. COC, CPD | | |
| COMMENTS : | | |
| | TOTAL | 119.25 |

JOHNSON & BELL
ACCOUNTING DEPT.

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES
F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES
L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED
R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO CASSETTE
W. AUDIO CASSETTE
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS

_____
_____
_____
_____
_____
_____
_____



# RECORD COPY SERVICES
THIRTY NORTH LA SALLE • CHICAGO, ILLINOIS 60602 • 312-726-6600
PARA LEGAL SERVICES

798-127090

**INVOICE NUMBER**
**N 23276**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

CL

ORDERED BY: MS. AMELIA JORDAN
SOLD TO: JOHNSON & BELL, LTD.
33 W. MONROE ST. S-2500
CHICAGO, IL 60603-5404

FED. I.D. # 36-2422575

RCS REF.
01200217
23276-798

| DATE | COURT NO. | FILE NO. | CLAIM NO. |
|---|---|---|---|
| 3/03/10 | 09 C 3799 | 8711-09020 | |

TYPE OF RECORD OR DOCUMENT: DR. BRADLEY ROBERT MERK
NWMFF DEPT. OF ORTHO SURG., PHYS & OCCUP

NAME OF CASE: RE: CHRIS DECOLA
CHRIS DECOLA
VS. CPD

COMMENTS:

| CODE | AMOUNT |
|---|---|
| SDCL | 127.25 |

TOTAL  127.25
THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES
F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES
L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED
R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO CASSETTE
W. AUDIO CASSETTE
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
*. SEE COMMENTS

# CHECK REQUEST

Date: 1/28/10

Payable To: Circuit Court of Cook County
Address: 50 W. Washington, Chgo, IL

Amount $ 234.00
Client: (name) City of Chicago  # (number) 8711
Matter: (name)  # (number) 99999
Office:
Purpose of Check  Numerous certificates of dispositions

Return to  D. Kreide - 27 (x378)
Signature

JOHNSON & BELL LTD.

CLERK OF THE CIRCUIT COURT  109957

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|---|---|---|---|
| 02/01/2010 | | CERTIFICATES OF DISB711-99999 ALB/DEBRA 01410-0000 | 234.00 |

CHECK DATE 02/01/2010  CHECK NUMBER 000109957  FILE COPY  TOTAL 234.00

363558

## CHECK REQUEST

Date: 9/28/10

Payable To: Dr. Alissa Gorelick
Address: University of Illinois Hospital
1737 W. Polk
Chicago, IL

Amount $ $1120.00

Client: (name) Decola v. City of Chicago, etal     # (number) 8711

Matter:
(name)                                              # (number) 09020

Office: ☐

Purpose of Check   Trial Witness Fee

Signature                          BPG/ tmr

**PLEASE RETURN CHECK TO TISH**

---

JOHNSON & BELL LTD.                ALISSA GORELICK                                118409

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|---|---|---|---|
| 11/08/2010 | TRIAL WITNESS FEE | 8711-09020 BPG/TISH 01410-0000 | 1,120.00 |

CHECK DATE: 11/08/2010   CHECK NUMBER: 000118409   FILE COPY   TOTAL   1,120.00